Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-116-REW-EBA

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**NOTICE BY UNITED STATES**
**REGARDING RELATED PROSECUTIONS**

**JENNIFER LITTLE** **DEFENDANT**

* * * * *

The United States gives notice that this case is related to the criminal case of *United States v. Adam Little, Jr.*, 6:26-CR-46-REW.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: [signature]

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 864-5523
andrew.trimble@usdoj.gov